UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL KARON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APEX HEALTHCARE ADVISORS, INC.,<br><br>Defendant. | Case No. 1:18-cv-00999<br><br>JUDGE CHRISTOPHER A. BOYKO |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Daniel Karon and Defendant Apex Healthcare Advisors, Inc. hereby stipulate to the dismissal of all claims in this action with prejudice.

Respectfully submitted,

Dated: July 25, 2018

/s/ Adam T. Savett
Adam T. Savett (VA73387)
Savett Law Offices LLC
2764 Carole Lane
Allentown, PA 18104
Telephone: 610-621-4550
Facsimile: 610-978-2970
adam@savettlaw.com
*Attorney for Plaintiff Daniel Karon*

/s/ Patrick W. Skilliter
Patrick W. Skilliter (0079629)
Lisa A. Messner (0074034)
Mac Murray & Shuster, LLP
6530 West Campus Oval, Suite 210
New Albany, OH 43054
Phone: 614.939.9955
Fax:    614.939.9954
Email: pskilliter@mslawgroup.com
           lmessner@mslawgroup.com
*Attorneys for Defendant Apex Healthcare Advisors, Inc.*

IT IS SO ORDERED.
s/ Christopher A. Boyko

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE