# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DANIEL KARON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TEKDATA MARKETING GROUP, INC.**, a Florida corporation, and **MARIO A. CALLEJAS, JR.**, an individual<br><br>*Defendants*. | Case No. : 1:18-cv-00999<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Daniel Karon ("Plaintiff") hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice.

Respectfully Submitted,

**DANIEL KARON**, individually and on behalf of a Class of similarly situated individuals

Dated: September 5, 2018

By:  /s/Adam T. Savett
       One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
adam@savettlaw.com
Savett Law Offices LLC
2764 Carole Lane
Allentown PA 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2018, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record. A courtesy copy was also emailed to counsel for Defendants.

/s/ Adam T. Savett