UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL KARON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TEKDATA MARKETING GROUP, INC.**, a Florida corporation, and **MARIO A. CALLEJAS, JR.**, an individual<br><br>*Defendants.* | Case No. : 1:18-cv-00999<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Plaintiff Daniel Karon ("Plaintiff") hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice.

Respectfully Submitted,

**DANIEL KARON**, individually and on behalf of a Class of similarly situated individuals

Dated: September 5, 2018

By: /s/Adam T. Savett
One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
adam@savettlaw.com
Savett Law Offices LLC
2764 Carole Lane
Allentown PA 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970

*Attorneys for Plaintiff and the Putative Class*

It is so ordered.

Christopher A. Boyko

Judge Christopher A. Boyko
United States District Court